ENO *v.* MAYOR, ETC.

*(Supreme Court, General Term, First Department.   June 19, 1888.)*

Trial at special term, with judgment dismissing the complaint. Amos R. Eno appeals.

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

*David D. Acker,* for appellant.   *G. L. Sterling,* for respondent.

PER CURIAM.   We are unable to distinguish this case from that of *In re Bank,* 75 N Y. 388.   The objectionable language in the two resolutions is the same; and if in the one there was a delegation of power, as the court held, so there is in the other.   The assessment was therefore void,—void upon its face,—no action was necessary to set it aside, and the six-years statute applied.   Judgment is affirmed, with costs.

---

SLOCUM *v.* VEGHTE.

*(Supreme Court, General Term, Second Department.   June 25, 1888.)*

*Frank Comesky,* for Slocum.   *A. & A. X. Fallon,* for Veghte.

DYKMAN, J.   This is an action for the recovery of damages against the administrator with the will annexed of Thomas E. Blanche, deceased, based upon an allegation of neglect of Mr. Blanche in his life-time to collect a bond and mortgage which was assigned to him as collateral security. The complaint is destitute of the essential facts requisite to make a cause of action, and it was dismissed on the trial for that reason, and the plaintiff has appealed from the judgment. The judgment should be affirmed, with costs.